**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GREENE STREET FUNDING TRUST II,<br>*Plaintiff,*<br><br>v.<br><br>18TH STREET HOLDINGS LLC,<br>*Defendant.* | NO: |

## COMPLAINT

Plaintiff, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II, by and through its undersigned counsel, hereby complains against Defendants as follows:

## I. PARTIES, JURISDICTION AND VENUE

1. The Plaintiff is U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II ("Plaintiff"), with an address in care of RF Mortgage Services Corporation, 550 W. Adams Street, Suite 950, Chicago, IL 60661**.**

2. Defendant, 18th Street Holdings LLC ("18th Street" or "Mortgagor"), is a limited liability company incorporated under the laws of the Commonwealth of Pennsylvania, and has an address of 1006 East Rittenhouse Street, Philadelphia, PA 19138 and 18th Street has an interest in the Real Property located at 2124 N. 18th Street, Philadelphia, PA 19121 (the "Property" or the "Mortgaged Premises"). 18th Street is the mortgagor and real owner of the real Property hereinafter described.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the cause of action arose here and the Property that is the subject of this action is situated here.

## II. FACTS

5. On or about July 9, 2025, in consideration of a loan in the principal amount of $700,000.00, 18th Street executed and delivered to Logan Finance Corporation, a note (the "Note"). A true and correct copy of the Note is attached hereto and marked as Exhibit "A" and made a part hereof.

6. To secure the obligations under the Note, 18th Street executed and delivered to Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for Logan Finance Corporation, its Successors and Assigns a mortgage dated July 9, 2025, and recorded August 13, 2025, in the Office of the Recorder for Philadelphia County, as Instrument Number 54456231 (the "Mortgage"). A true and correct copy of the Mortgage is attached hereto and marked as Exhibit "B" and made a part hereof.

7. The Mortgage secures the following real property (the "Mortgaged Premises"): 2124 N. 18th Street, Philadelphia, PA 19121. A true and correct copy of the legal description of the Mortgaged Premises is attached hereto and marked as Exhibit "C" and made a part hereof.

8. The Plaintiff, directly or through an agent, has possession of the Note, which has been duly endorsed. Therefore, the Plaintiff has the right to enforce the Note.

9. The Plaintiff is the proper party by way of an Assignment of Mortgage (the "Assignment"), dated May 26, 2026, and recorded in the Recorder of Deeds for Philadelphia County on May 27, 2026, as Document ID Number 54556533. A true and correct copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "D."

10. 18th Street is the record and real owner of the Mortgaged Premises.

## COUNT I
## MORTGAGE FORECLOSURE
## PLAINTIFF v. 18TH STREET

11. The allegations of paragraph 1 through 10 are incorporated herein as though set forth at length.

12. The Note and the Mortgage are in default because the monthly payments due May 1, 2026, and thereafter have not been paid. As a result, the entire principal balance and all interest due thereon have become due and payable with late charges, escrow deficit, and all costs of collection including, but not limited to, title search fees and reasonable attorney's fees.

13. As of September 14, 2026, the following amounts are due on the Mortgage and Note:

| | |
|---|---|
| Unpaid Principal Balance | $696,151.89 |
| Interest (Good Through September 30, 2026) | $27,842.59 |
| Appraisal Fee | $210.00 |
| Title Costs | $290.00 |
| FC Fees | $1,905.64 |
| Prepayment Penalty | $22,243.29 |
| Lien Release Fee | $250.00 |
| Wire Fee | $10.00 |
| Other Corporate Advance | $60.00 |
| **Total Amount Due** | **$748,963.41** |

**** Non-Interest Bearing***

The current interest rate is 7.999%. *Per diem* interest in the amount of $154.68 will accrue on the principal unless there is an interest rate change as set forth in the Note.

14. Pennsylvania laws Act 6 of 1974 and Act 91 of 1982 are not applicable as this action involves a commercial loan. Notice of default as required by the terms of the Mortgage have been sent to the Defendants. Copies of the Notices, redacted to remove confidential account information, are attached hereto and marked as Exhibit "E" and made a part hereof.

**WHEREFORE**, the Plaintiff requests judgment against Defendant 18th Street under Count I in the sum of **$748,963.41**, together with interest, costs (including additional escrow advances), and additional attorney's fees and costs, and for United States Marshall's foreclosure sale of the Mortgaged Premises.

**COUNT II**
**BREACH OF CONTRACT**
**PLAINTIFF v. 18TH STREET**

15. Plaintiff incorporates by reference paragraphs 1 through 14 as though set forth at length.

16. By virtue of the default of 18th Street under the subject Mortgage/Note obligation, Plaintiff is entitled to the entry of an *in personam* money judgment against 18th Street for the total amounts due and owing set forth herein, **$748,963.41.**

**WHEREFORE**, Plaintiff demands judgment against 18th Street under Count II in the sum of $748,963.41 together with interest from April 1, 2026 at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Note.

Respectfully submitted,

Date: October 13, 2026

/s/ Stephen M. Hladik

Stephen M. Hladik, Esq., ID No. 66287
Robert W. Williams, Esq., ID No. 315501
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
shladik@hoflawgroup.com
rwilliams@hoflawgroup.com
*Attorneys for Plaintiff*